**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LENNAL KHABIR SHABAZZ, | ) NO. CV 13-02516 MWF(SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| LEROY D. BACA, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 19, 2013

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE